UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDA J. SHENKO,

                        Plaintiff,

      -v-                                                         6:05-CV-1163

UNITED STATES, et al.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## **O R D E R**

      Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on March 10, 2006, in Utica, New York, it is hereby

      ORDERED that defendants' motion to dismiss is GRANTED and the complaint is DISMISSED in its entirety.

      The Clerk of the Court is directed to enter judgment accordingly.

      IT IS SO ORDERED.

*[Signature]*
United States District Judge

Dated: March 10, 2006
       Utica, New York.